1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RONNIE J. WILLIAMS,                         No.  2:21-cv-1645 CKD P

12                 Plaintiff,

13         v.                                     ORDER

14    WELL PATH MEDICAL, et al.,

15                 Defendants.

16

17         Plaintiff, a Solano County prisoner proceeding pro se, has filed a civil rights action

18    pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed a complete in forma pauperis

19    affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28

20    U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the

21    appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required

22    fees totaling $402.00.  Plaintiff is advised that any request to proceed in forma pauperis must be

23    accompanied by a certified copy of the prisoner's jail trust account statement for the last six-

24    months.

25    /////

26

27    _____

      [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
      but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not
28    required to pay the $52.00 administrative fee.

                                                      1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, a complete

3    application to proceed in forma pauperis on the form provided by the Clerk of Court, or the

4    required fees in the amount of $402.00; plaintiff's failure to comply with this order will result in a

5    recommendation that this action be dismissed; and

6    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

7    Forma Pauperis By a Prisoner.

8    Dated:  September 16, 2021

9    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE
10

11

12

13   1/mp
     will1645.3a
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2