UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE J. WILLIAMS, JR., | No. 2:21-cv-1645 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| WELL PATH MEDICAL, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

On September 19, 2021, plaintiff was granted 30 days within which to file an application to proceed in forma pauperis including a certified copy of his prisoner trust account statement for the preceding six months.[1] Plaintiff was cautioned that failure to do so would result in dismissal. The thirty-day period has now expired, and while plaintiff filed the application to proceed in forma paupers, he did not provide the required copy of his prisoner trust account statement.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

/////

/////

---

[1] Although it appears from the docket that plaintiff's copy of the court's September 19, 2021 order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1     IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

2     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 29, 2021

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will1645.fifp